CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

2816

**Daryl L. Moore, P.C.**
1005 HEIGHTS BLVD.
HOUSTON, TX, 77008
(713) 529-0048

WELLS FARGO BANK, NA
37-065/1119

2/4/2015

$ **5.00

PAY TO THE
ORDER OF     Keith E. Hottle, Clerk _____************* DOLLARS

Five and 00/100************************************************************

PROTECTED AGAINST FRAUD

Keith E. Hottle, Clerk
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037
MEMO  04-12-00630-CV; Huff (Oral Argument CD)

Daryl Moore

MP

⑆002816⑆ ⑈111900659⑈ 708564125⑈

**ENDORSE HERE**

X

_____

_____

_____

**DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE**
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this *CheckLock™*
Secure Plus check may help reduce
your risk of fraud and liability.

To learn how to protect your business,
call our check fraud experts at
1-800-568-0349 or visit
www.intuitmarket.com/fraudcenter

## REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO *CheckLock™* HIGH SECURITY FEATURES

**SECURITY FEATURES:**

- Multi-Colored Prismatic Background
- *CheckLock™* Watermark
- Heat Sensitive Ink
- Security Border or Microprint Lines
- Chemically Sensitive Paper
- Fugitive Ink on Back
- Toner Adhesion
- Protected Against Fraud Area
- Visible Fibers
- Invisible Fibers
- VOID Indication
- Security Weave™ on Backer

*Listed and not listed check security features exceed industry standards.*

**DO NOT CASH IF:**

- Pattern on front of check does not vary in color from edge to edge
- Word "*CheckLock*™" is not visible in paper when held to light
- Pink icon does not fade a coppery when rubbed or breathed on
- "INTUIT CHECKLOCK™ SECURITY SYSTEM" not visible when magnified
- Stains or spots appear on front or back
- Ink on back of check comes off track
- Printed information does not appear with
- Pink dot circle icon appears in Protected Against Fraud area or indicium appears broken, scratched and or shows signs of paper damage
- Red and blue fibers are not visible
- White and blue fibers are not visible under ultraviolet light
- "VOID" appears clearly to the left of the message
- "ORIGINAL DOCUMENT" cannot be read

# RECEIPT

DATE 2-6-15    No. 51594

RECEIVED FROM Daryl L. moore    $ 5.00

Five dollars & 00/100 **DOLLARS**

O FOR RENT   D.A.    01-12-00630-CV
O FOR

| ACCOUNT | | |
|---|---|---|
| PAYMENT | 5.00 | |
| BAL. DUE | | |

O CASH
O CHECK
O MONEY ORDER
O CREDIT CARD

FROM CK# 2816 TO

BY Rosa